CHARLES H. SHERATON, Respondent, v. MACFADDEN PUBLICATIONS, INC., Defendant, Impleaded with JOHN MILEY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars

costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.